IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ROBERT RAMIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 11622 |
| | ) | |
| ALLTRAN | ) | |
| 5800 North Course Drive | ) | |
| Houston, Texas 77072, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM ORDER**

This Court's sua sponte January 6, 2017 memorandum order (the "Order") identified an entire group of problematic aspects of the Complaint in this then-recently-filed action. After providing plaintiff's counsel with a detailed listing of the Complaint's deficiencies, the Order concluded with this final paragraph:

> In light of the two deficiencies -- the clerical one and the substantive one -- identified in this memorandum order, the Complaint is dismissed -- but without prejudice. If it is replaced by an appropriate and adequate Amended Complaint (including a copy of the presently missing agreement between Ramian and Citibank as an additional exhibit) on or before January 24, 2017, this action may go forward. If not, this action itself will then be dismissed.

Since then silence has descended, with no action having been taken to cure the problems identified in the Order. That being so, this action is indeed dismissed with prejudice.

_____
Milton I. Shadur
Senior United States District Judge

Date: January 27, 2017